IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-95-017-CR




JAMES RABOLD,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE



 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT



NO. 934186, HONORABLE HUME COFER, JUDGE PRESIDING


 





PER CURIAM

 Appellant's motion to suspend the requirements of Rule 41(b) for the purpose of
allowing an out-of-time appeal is overruled. Tex. R. App. P. 2(b), 41(b). The appeal is
dismissed.


Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed

Filed: February 1, 1995

Do Not Publish